Form 154 – ntcabn72

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
401 Market Street  
Camden, NJ 08102

        Case No.: 09–32121–GMB  
        Chapter:  7  
        Judge:  Gloria M. Burns

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Premier Hardware and Rentals, LLC t/a  
   Grand Rental Station  
   3084 English Creek Ave.  
   Egg Harbor Township, NJ 08234

Social Security No.:

Employer's Tax I.D. No.:  
   20–0742849

## NOTICE OF PROPOSED ABANDONMENT

    Thomas J Subranni, Trustee for the above–captioned case, has filed a notice of intent to abandon certain property described below as being of inconsequential value to the estate.

    If any creditor or other party in interest has an objection to the proposed abandonment, the objection and a request for a hearing on such objection shall be in writing, served upon the Trustee and filed with the Clerk of the United States Bankruptcy Court. Such objection and request shall be filed with the Clerk and served upon the Trustee no later than April 27, 2010.

    In the event an objection is timely filed, a hearing will be held before the Honorable Gloria M. Burns on

DATE:           May 3, 2010  
TIME:           10:00 AM  
COURTROOM:   4C

    If no objection is filed with the Clerk and served upon the Trustee on or before April 27, 2010, the abandonment will take effect on the fifth day following the last day to file objections.

The description of the property to be abandoned is as follows:  
All the personal property in which the Debtor  
has an interest located at the business  
premises and elsewhere.

The liquidation value of the personal  
property is of inconsequential value  
and burdensome to the Estate and should  
be abandoned.

The liens on the property to be abandoned are as follows  
(including amount claimed due):  
TD Bank holds a security  
interest in the Debtors Personal  
property which is further secured by  
a first mortgage on the business real  
estate which is not an asset of this Debtor  
Estate. If TD Bank is fully secured by

said real estate, abandonment would
nevertheless be in the interest of the
Debtor Estate due to the cost of liquidation
and the fact that TD Banks lien has not
been satisfied.

The amount of equity claimed as exempt by the debtor is:

---

 Request for additional information about the property to be abandoned should be directed to the Trustee at:
Thomas J Subranni
Subranni, Ostrove & Zauber
1624 Pacific Avenue
Atlantic City, NJ 08401
(609) 347–7000

 or the trustee's attorney (if applicable) at:
Scott M. Zauber
Subranni, Ostrove & Zauber
1624 Pacific Ave
PO Box 1913
Atlantic City, NJ 08404
(609) 347–7000


Dated: April 8, 2010
JJW:

            James J. Waldron
            Clerk